IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD JEROME WHITE**  **PLAINTIFF**
**ADC #108286**

v.  Case No: 5:19-cv-00103-KGB-PSH

**DARRELL ELKINS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Edward Jerome White's complaint and amended complaint (Dkt. Nos. 2, 4). Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 19th day of December, 2019.

Kristine G. Baker
United States District Judge