IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD JEROME WHITE**  **PLAINTIFF**
**ADC #108286**

v.          Case No: 5:19-cv-00103-KGB-PSH

**DARRELL ELKINS,** *et al.*          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Edward Jerome White's complaint and amended complaint are dismissed without prejudice.

It is so adjudged this 19th day of December, 2019.

                                                     Kristine G. Baker
                                                     United States District Judge